UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**OSCAR MOJICA, On behalf of himself and all others similarly situated**

      **Plaintiff,**

V.                                          **Case No: 2:12-CV-89-FtM-29SPC**

**BLACKSTONE REAL ESTATE ACQUISITIONS IV LLC and WHM LLC,**

      **Defendants.**
_____/

## ORDER

This matter comes before the Court on Joint Notice of Settlement (Doc. #14) filed on July 16, 2012. The Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable settlement of a bona fide dispute" over FLSA issues. Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982). Therefore, the Court directs the parties to submit the settlement information for review in a Motion for Approval of an FLSA Settlement Agreement.

Accordingly, it is now

**ORDERED:**

The Plaintiff is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of July, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

Case 2:12-cv-00089-JES-SPC   Document 15   Filed 07/17/12   Page 2 of 2 PageID 50