UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**OSCAR MOJICA, On behalf of
himself and all others similarly
situated**

      **Plaintiff,**

**V.**                                                       Case No: 2:12-CV-89-FtM-29SPC

**BLACKSTONE REAL ESTATE
ACQUISITIONS IV LLC and WHM
LLC,**

      **Defendants.**
_____/

## ORDER

This matter comes before the Court on Joint Notice of Settlement (Doc. #14) filed on July 16, 2012. The Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable settlement of a bona fide dispute" over FLSA issues. Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982). Therefore, the Court directs the parties to submit the settlement information for review in a Motion for Approval of an FLSA Settlement Agreement.

Accordingly, it is now

**ORDERED:**

The Plaintiff is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record